CHRISTIAN A. SCHMIDT, Respondent, *v.* THE GARFIELD NATIONAL BANK, Appellant.

(Argued April 11, 1893; decided May 5, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1892, which overruled defendant's exceptions, denied a motion for a new trial, and ordered judgment in favor of plaintiff upon a verdict directed by the court.

*Esek Cowen* and *John J. Adams* for appellant.

*S. Hanford* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.